```
2
```
BENNY D. BARCO   #253924
**BARCO LAW, A Professional Corporation**
642 Pollasky Ave., Ste 200
Clovis, CA  93612
Telephone: (559) 575-0577
bbarco@barcolaw.com

Attorney for: Debtors SUSAN MARIE QUINVILLE and LOARINA VICTORIA DOMENA-QUINVILLE

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MARIE QUINVILLE<br><br>and<br><br>LOARINA DOMENA-QUINVILLE<br><br><br>Debtors. | CASE NO.: 23-10344-A-13<br><br>Chapter 13<br><br>DCN:   BDB-1<br><br>DATE:  March 16, 2023<br>TIME:  9:30 a.m.<br>PLACE: U.S. Bankruptcy Court<br>       2500 Tulare Street,<br>       5th Floor, Court Room 11<br>       Fresno, CA  93721<br>JUDGE: Jennifer E. Niemann |

**NOTICE OF HEARING ON MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)**

**YOU ARE HEREBY NOTIFIED** that SUSAN MARIE QUINVILLE and LOARINA DOMENA-QUINVILLE (the "Debtors") have filed a *Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)* (the "Motion"). The Motion is set for a hearing on March 16, 2023 at 9:30 a.m., in Department A, Courtroom 11 (5th fl) of the United States Bankruptcy Court, Eastern District of California, 2500 Tulare Street, Fresno, CA 93721. The Motion is based on this notice, the Motion itself, and any supporting declarations and documents filed contemporaneously herewith.

By said Motion, the Debtors seeks to obtain an order extending the automatic stay in this case pursuant to 11 U.S.C. §362(c)(3). Specifically, one case of the debtors has been previously dismissed within one year of the filing of this case. The Motion seeks to obtain an extension of the stay in this case. The Motion is on file with the court. The full details of the

Motion are not set forth in this notice. A copy of the Motion is available at the United States Bankruptcy Court, Eastern District of California, located at 2500 Tulare Street, Suite 2501, Fresno, CA 93721 or you may obtain a copy from the undersigned by making a written request.

**NOTICE IS FURTHER GIVEN** that this Motion is filed under the notice requirements of Local Bankruptcy Rule 9014-1(f)(2). Pursuant to Local Bankruptcy Rule 9014-1(f)(2)(C):

> When fewer than twenty-eight (28) days' notice of a hearing is given, no party-in-interest shall be required to file written opposition to the motion. Opposition, if any, shall be presented at the hearing on the motion. If opposition is presented, or if there is other good cause, the Court may continue the hearing to permit the filing of evidence and briefs.

**NOTICE IS FURTHER GIVEN** that opposition, if any, to the granting of the Motion may be made at the hearing.

**NOTICE IS FURTHER GIVEN** that while no written opposition is required under Local Bankruptcy Rule 9014-1(f)(2) as set forth above, if an interested party chooses to file a written opposition anyway, it should be served on the following:

| Michael Meyer<br>Chapter 13 Trustee<br>PO Box 28950<br>Fresno, CA 93729-8950 | Benny D. Barco<br>BARCO LAW, A Professional Corporation<br>642 Pollasky Ave., Ste 200<br>Clovis, CA 93612 | Susan Quinville<br>Loarina Domena-Quinville<br>2943 E St<br>Selma, CA 93662 |
|---|---|---|

and any other parties that are required to receive notice as a matter of law.

**NOTICE IS FURTHER GIVEN** anyone interested in attending the hearing can do so in person or by telephonic appearance which can be set up by contacting Court Call at 866-582-6878. Anyone wishing to attend can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling, and can view [any] pre-hearing dispositions by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. Parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Dated: March 2, 2023                    **BARCO LAW, A Professional Corporation**

                                                   /s/ Benny D. Barco, Esq.
                                                   BENNY D. BARCO, ESQ.
                                                   Attorney for Debtors