BENNY D. BARCO   #253924
BARCO LAW, A Professional Corporation
642 Pollasky Ave., Ste 200
Clovis, California  93612
Telephone: (559) 575-0577
bbarco@barcolaw.com

Attorney for:  Debtors

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

| In re:<br>SUSAN MARIE QUINVILLE<br>and LOARINA DOMENA-QUINVILLE<br><br>Debtor(s) | **Bankruptcy Case No.:** 23-10344<br>**Docket Control Number:** BDB-1<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:    March 16, 2023<br>Hearing Time:    9:30am<br>Location:    2500 Tulare St, Fresno, CA 93721<br>Judge:    Hon. Jennifer E. Niemann |
|---|---|
| v.<br><br>Plaintiff(s)<br><br><br>Defendant(s) | **Adversary Proceeding No.** *(if applicable)*:<br>**Docket Control Number:**<br><br>**Hearing Information** *(if applicable)*:<br><br>Hearing Date:<br>Hearing Time:<br>Location:<br>Judge: |

## CERTIFICATE OF SERVICE OF
## MOTION TO EXTEND THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. §362(c)(3)

1

I, the undersigned, certify and declare:

1. **Personal knowledge.** I am over the age of 18 years and not a party to the above-entitled case.

2. **Status.** I am ☑ an attorney of record in this case/adversary proceeding, **or** ☐ trustee, **or** ☐ my business/employer is _____ and my ☑ business address **or** ☐ mailing address if not a business is:

   642 Pollasky Ave, Ste 200, Clovis, CA 93612_____ .

3. **About the Case/Proceeding.** (*Check at least one type of case/proceeding and as many subheadings thereunder as applicable.*)

   ☐ **Chapter 7 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

    ☐ Rule 2002(h) Limited Noticing. Fed. R. Bankr. P. 2002(h); LBR 2002-3. (*Check all that are applicable.*)

    ☐ One of the following applies: (1) This is a voluntary asset case and at least 70 days have elapsed since the order for relief; (2) This is an involuntary asset case and at least 90 days have elapsed since the order for relief; (3) This is a no asset case and at least 90 days have elapsed since the mailing of the notice of time for filing claims under Fed. R. Bankr. P. 3002(c)(5).

    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. Rule 2002(m). The order limiting service is docketed at ECF no.____.

   ☑ **Chapter 12 or 13 case** (*indicate below if subject to limited noticing; check all that are applicable.*)

    ☐ Rule 2002(h) Limited Noticing. This case is subject to limited noticing because at least 70 days have elapsed since the order for relief. Fed. R. Bankr. P. 2002(h); LBR 2002-3.7.

    ☐ Rule 3015(h) Limited Noticing (post-confirmation plan modification only). This case is subject to limited noticing because the debtor(s) has confirmed at least one plan and the modified plan filed herewith neither lengthens the term of, nor diminishes the dividend due general unsecured creditors, from the most recently confirmed plan. Fed. R. Bankr. P. 3015(h); LBR 3015-1(d)(3).

    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no ____.

   ☐ **Chapter 9 case** (*indicate below if subject to limited noticing*)

    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 11 case** (*indicate below if subject to limited noticing*)

    ☐ This case is subject to limited noticing because one or more creditors/equity holders committees have been appointed. Fed. R. Bankr. P. 2002(i); LBR 2002-4.

    ☐ This case is subject to an order limiting service. Fed. R. Bankr. P. 2002(m). The order limiting service is docketed at ECF no.____.

   ☐ **Chapter 15 case**

   ☐ **Adversary Proceeding**

4. **About the Documents Served**
   On March 2_____, 20 23 __, by the method(s) specified below, the following documents were served (*list in space provided*):
   MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)
   NOTICE OF HEARING ON MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)
   DECLARATION OF SUSAN MARIE QUINVILLE AND LOARINA DOMENA-QUINVILLE IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY

   **or** ☐ those documents described in the list appended hereto and numbered **Attachment 4**.

5. **Who is Being Served**
   Unless otherwise indicated below, all indicated parties below have received all documents described in Section 4.

   | | |
   |---|---|
   | ☑ Debtor(s) | ☐ All creditors and parties in interest (Notice of Hearing only) |
   | ☐ Debtor's attorney(s) | ☐ Only creditors that have filed claims (Notice of Hearing only) |
   | ☑ Trustee | ☑ All creditors and parties in interest |
   | ☑ U.S. Trustee | ☐ Fewer than all creditors (*check at least one below*) |
   | ☐ Attorneys of record who have appeared in the Bankruptcy Case, the Adversary Proceeding, or contested matter. | ☐ Creditors that have filed claims |
   | ☐ Plaintiff(s) | ☐ Creditors holding allowed secured claims |
   | ☐ Defendant(s) | ☐ Creditors holding allowed priority unsecured claims |
   | ☐ All committee members | ☐ Creditors holding leases or executory contracts that have been assumed |
   | ☐ Attorney for committee members | ☐ 20 largest creditors |
   | ☐ Equity security holders | ☐ Administrative claimants |
   | ☐ Persons who have filed a Request for Notice | ☐ Other party(ies) in interest |

6. **How Service is Accomplished**

   A. ☐ **Rule 7004 Service.** *(Check at least one, if applicable.)*

      1. ☐ **First Class Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons listed below. Fed. R. Bankr. P. 7004(b); 7004(g). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A1***.

      2. ☐ **Certified Mail**

         Service was effected on those persons listed on the attachment by placing a true and correct copy of the document(s) served in a sealed envelope, certified mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Bankr. P. 7004(h). A list of the persons served, including their name/capacity to receive service, and address is appended hereto and numbered ***Attachment 6A2***.

      3. ☐ **Publication**

         Service was effected by publication as ordered by the court and docketed at ECF no.____. Fed. R. Bankr. P. 7004(c). Attestation(s) as to the manner and form of such publication is appended hereto and numbered ***Attachment 6A3***.

   B. ☑ **Rule 5 and Rules 7005, 9036 Service** *(Check at least one, if applicable.)*

      1. ☐ **Electronic Service on Registered Users of the Court's Electronic Filing System.**

         Service on those parties in interest, listed below, will be effected by filing those documents, listed above, with the Clerk of the Court. Fed. R. Bankr. P. 9036, 7005; Fed. R. Civ. P. 5(b). Electronic service on registered users of the electronic filing system is not permitted for pleadings or papers that must be served in accordance with Fed. R. Bankr. P. 7004. A copy of the Clerk's Electronic Service Matrix applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B1***.

      2. ☑ **U.S. Mail**

         Service on those parties, listed below, was effected by placing a true and correct copy of the document(s) served in a sealed envelope, first class mail, postage prepaid in the United States Postal Service (or in a place designated by the law firm or trustee for outgoing mail prior to the last regular pick up of outgoing mailing for the day) for each of the persons indicated below. Fed. R. Civ. P. 5(b)(2)(c); Fed. R. Bankr. P. 9014.

         a. **Parties in interest**

            ☑ **Clerk's Matrix of Creditors**. A copy of the matrix of creditors maintained by the Clerk of the Court as applicable to this case and/or adversary proceeding is appended hereto and numbered ***Attachment 6B2***. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading. WARNING: If "raw data format" of the Clerk's Matrix of Creditors is Attachment 6B2, the signer of the Certificate of Service hereby swears that no changes to the matrix have been made except (1) formatting; and/or (2) "X" ing out of person not served. Such list shall be downloaded not more than seven days prior to the date of filing of the pleadings and other documents and shall reflect the date of downloading.

            ☐ **List Other Than the Clerk's Matrix of Creditors**. Where service by U.S. Mail is effected on six or fewer parties in interest, parties may (but need not) use a service list. A copy of the custom service list is appended hereto and numbered ***Attachment 6B2***.

         b. ☐ **Request for Special Notice List.** A copy of the Clerk of the Court's matrix of creditors who have filed a Request for Special Notice is appended hereto and numbered ***Attachment 6B3***.

         c ☐ **Other Parties in Interest Checked in Section 5.** A list of the named and addresses of other parties in interest served (if checked in section 5 above) is appended hereto and numbered ***Attachment 6B4***.

      3. ☐ **Other Methods of Service**

         Specify the means of delivery. Fed. R. Civ. P. 5 (b)(2) (A)-(F). A list of those persons so served and the addresses at which they are served is appended hereto and numbered ***Attachment 6B5***.

7. <u>**Who Accomplished Service**</u>

    A. **Attorney/Trustee** *(Check as many as apply)*

| Rule 7004 Service | Rule 5 Service |
|---|---|
| ☐ § 6A(1): First Class Mail | ☐ § 6B(1): Elec. Service on Registered e-Filers |
| ☐ § 6A(2): Certified Mail | ☑ § 6B(2)(a): U.S. Mail |
| ☐ § 6A(3): Publication | ☐ § 6B(2)(b): Request for Special Notice |
|  | ☐ § 6B(2)(c): Other Parties in Interest § 5 |
|  | ☐ § 6B(3): Other Methods of Service |

    B. **Third Party Service Provider** *(Check as many as apply)*

| Rule 7004 Service | Rule 5 Service |
|---|---|
| ☐ § 6A(1): First Class Mail | ☐ § 6B(1): Elec. Service on Registered e-Filers |
| ☐ § 6A(2): Certified Mail | ☐ § 6B(2)(a): U.S. Mail |
| ☐ § 6A(3): Publication | ☐ § 6B(2)(b): Request for Special Notice |
|  | ☐ § 6B(2)(c): Other Parties in Interest § 5 |
|  | ☐ § 6B(3): Other Methods of Service |

**Attorney/Trustee** *(includes regularly employed staff members)*:

I swear under penalty of perjury that: (1) the representations in Sections 1-5 hereof are true and correct; and (2) I served those parties in interest marked in Section 7A in the manner set forth in the referenced portion of Section 6.

Executed on <u>March 2, 2023</u>, 20<u>23</u>, at <u>Clovis, CA</u>.
                                                       City                      State

<u>Benny D. Barco</u>
Print Name                                     Signature

**Third Party Service Provider** *(if applicable)*:

I am over the age of 18 years and not a party to the above-entitled case. I swear under penalty of perjury that I served those parties in interest marked in Section 7B in the manner set forth in the referenced portion of Section 6.

Executed on _____, 20_____, at _____.
                                                      City                      State

Name

Signature

Company Name

Address

City            State      Zip Code

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0972-1<br>Case 23-10344<br>Eastern District of California<br>Fresno<br>Thu Mar  2 08:35:43 PST 2023 | Benny D. Barco<br>642 Pollasky Ave., Ste 200<br>Clovis, CA 93612-1875 | Bill and Yolanda Ramos-Grant Schreiber<br>3870 E Huntington<br>Fresno CA 93702-2826 |
| CBE Group Inc<br>1309 Technology Pkwy<br>Cedar Falls IA 50613-6976 | Cal Water Service<br>PO Box 4500<br>Whittier CA 90607-4500 | Capio Partners<br>PO Box 3209<br>Sherman TX 75091-3209 |
| Capital One<br>Attn Bnakruptcy<br>P O Box 30285<br>Salt Lake City UT 84130-0285 | Chicago Title Company<br>Foreclosure Dept<br>7330 N Palm Ave Ste 101<br>Fresno CA 93711-5768 | LOARINA VICTORIA DOMENA-QUINVILLE<br>2943 E St<br>Selma, CA 93662-2910 |
| FCI Lender Services<br>PO Box 27370<br>Anaheim CA 92809-0112 | Financial Credit Network Inc<br>Attn Bankruptcy<br>1300 W Main St<br>Visalia CA 93291-5825 | Franchise Tax Board<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>Sacramento CA 95812-2952 |
| Fresno County Tax Collector<br>PO Box 1192<br>Fresno CA 93715-1192 | Geico<br>One Geico Center<br>Macon GA 31296-0001 | IRS - Bk Dept<br>PO Box 7346<br>Philadelphia PA 19101-7346 |
| Michael H. Meyer<br>PO Box 28950<br>Fresno, CA 93729-8950 | Office of the U.S. Trustee<br>United States Courthouse<br>2500 Tulare Street, Room 1401<br>Fresno, CA 93721-1326 | PG E<br>Box 997300<br>Sacramento CA 95899-7300 |
| SUSAN MARIE QUINVILLE<br>2943 E St<br>Selma, CA 93662-2910 | Synchrony Bank Care Credit<br>Attn Bankruptcy Dept<br>Po Box 965064<br>Orlando FL 32896-5064 | Target<br>c o Financial Retail Srvs<br>Mailstop BT POB 9475<br>Minneapolis MN 55440-9475 |
| Transworld Systems Inc<br>PO Box 17221<br>Wilmington DE 19850-7221 | Trustees of the Grant F Schreiber Trus<br>55 Winged Foot<br>Boerne TX 78006-5726 | Trustees of the Grant F Schreiber Trus<br>co Law Office of Jerry R Lowe<br>2344 Tulare Street Suite 301<br>Fresno CA 93721-2295 |
| Tucoemas Federal C U<br>5222 W Cypress Ave<br>Visalia CA 93277-8305 | Verizon by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118-7901 | End of Label Matrix<br>Mailable recipients    25<br>Bypassed recipients     0<br>Total                  25 |

ATTACHMENT 6B2